IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01358-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

MARGARET KREHBIEL,
ROBERT KREHBIEL,
JOEL STEVENSON, and
GARY SHOUN,

    Defendant.

## ORDER

THIS MATTER having come before the Court on the Unopposed and Agreed Motion to Amend the Scheduling Order (filed July 13, 2005; *doc. no. 66*) and the Court having reviewed the Motion and being fully advised in the premises, it is hereby,

ORDERED that the Unopposed and Agreed Motion to Amend Scheduling Order is GRANTED. The Scheduling Order is hereby amended as follows to reflect new deadlines for expert disclosure, discovery, and dispositive motions:

1    The deadline for all parties to disclose affirmative experts and provide all information specified in Fed.R.Civ.P. 26(a)(2) shall be seven (7) days after Judge Krieger rules on the State Defendants' Motion to Dismiss, or by January 7, 2006 at the latest. The deadline for all parties to disclose any rebuttal experts and provide counsel with all information required by the Federal Rules of Civil Procedure shall be seven (7) days after the disclosure of affirmative experts, or no later than January 14, 2006.

2. The discovery deadline shall be forty-five (45) days after Judge Krieger rules on the State Defendants' Motion to Dismiss, or by February 15, 2006, whichever date occurs first.

3. The deadline for dispositive motions shall be thirty (30) days after the discovery deadline, or by March 17, 2006 at the latest.

It is further ORDERED that the deadlines and dates set forth in the Scheduling Order shall remain in effect, with the exceptions set forth above in this Order with respect to expert disclosure, discovery and dispositive motions.

DATED at Denver, Colorado, this 20th day of July, 2005.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge