IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01358 -MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

MARGARET KREHBIEL,
ROBERT KREHBIEL,
JOEL STEVENSON, and
GARY SHOUN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is Plaintiff's Motion for Protective Order (filed July 8, 2005; *doc. no. 65*). A review of the document shows that Plaintiff's motion has not been signed in accordance with D.C.COLOL.CIVR. 10.1 K (Signature Block) *and* Electronic Case Filing Procedure V.C.1 (s/ signature). Therefore, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**, without prejudice and with leave to refile. It is further

    **ORDERED** that Plaintiff's Motion to Reschedule Settlement Conference (filed June 17, 2005; *doc. no. 62*) is **DENIED** for the reasons as stated on the record during a hearing held on June 29, 2005, in related civil action number 04-cv-01002-MSK-CBS.

**DATED:**    August 10, 2005