IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01358-MSK-CBS

DONJA VAUGHN,

    Plaintiff,

v.

MARGARET KREHBIEL,
ROBERT KREHBIEL,
JOEL STEVENSON, and
GARY SHOUN,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Motion to Compel filed December 1, 2005, *doc. no. 71* is **DENIED**, without prejudice. Counsel for Plaintiff did not comply with this Court's local practice rule regarding discovery disputes. It is further

    **ORDERED** that Counsel for the Plaintiff is instructed to contact the ECF help desk at (303) 335.2050 to obtain assistance and instructions in attaching proposed orders to motions. Proposed orders are not to be included within the motion and are not to be positioned as the first page to the motion.

**DATED:**    December 5, 2005